**Order entered August 13, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00431-CV

## HOSSAIN BAGHVARDANI, Appellant

## V.

## CARMEN WILSON, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06562**

## ORDER

Before the Court is appellant's August 11, 2014 motion to extend time to file appellant's brief. Appellant's motion is **GRANTED** and appellant's brief received on August 11, 2014 is **ORDERED** filed as of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE